# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDELL HUFF and BRITTANY GRIMSELEY, on behalf of themselves all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BETTERMENT,<br><br>    Defendant. | **Case No.: 1:26-cv-00364-ALC** |
| JARED MCELWEE,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERMENT, LLC,<br><br>    Defendant. | **Case No.: 1:26-cv-00393** |
| SAMUEL TSOU, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERMENT, LLC and BETTERMENT HOLDINGS, INC.,<br><br>    Defendants. | **Case No.: 1:26-cv-00444** |

| | |
|---|---|
| SCOTT WEISCOPE, on behalf of himself all others similarly situated,<br><br>Plaintiff,<br><br>BETTERMENT, LLC and BETTERMENT HOLDINGS, INC.,<br><br>Defendants. | **Case No.: 1:26-cv-00448** |
| DAVE GOEHST, on behalf of himself all others similarly situated,<br><br>Plaintiff,<br><br>BETTERMENT, LLC and BETTERMENT HOLDINGS, INC.,<br><br>Defendants. | **Case No.: 1:26-cv-00500** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL

Having reviewed Plaintiffs' Unopposed Motion to Consolidate Cases and Appoint Interim Class Counsel (the "Motion"), the Parties' briefing on the same, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1.  *Huff, et al., v. Betterment*, No. 1:26-cv-00364-ALC, filed on January 15, 2026 ("Huff"); *McElwee v. Betterment, LLC*, No. 1:26-cv-00393 ("McElwee") filed on January 15, 2026; *Tsou v. Betterment, LLC,* and *Betterment Holdings, Inc.*, No. 1:26-cv-00444 ("Tsou"), filed January 16, 2026; *Weiscope v. Betterment, LLC* and *Betterment Holdings, Inc.* No. 1:26-cv-00448 ("Weiscope"), filed on January 16, 2026; and *Goehst v. Betterment, LLC and Betterment Holdings,*

*Inc.* No. 1:26-cv-00500 ("Goehst"), filed on January 20, 2026 (collectively, the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2. Consolidation of the Related Cases is appropriate because each of the actions arise from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3. The Related Cases are consolidated under the docket number of the first-filed *Huff* action, No. 1:26-cv-00364-ALC, presently before this Court and filed in this District, and any future related actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court, under the low-numbered case with the caption *In re Betterment Data Breach Litigation*;

4. Pursuant to Federal Rule of Civil Procedure 23(g), Mariya Weekes of Milberg, PLLC and M. Anderson Berry of Emery Reddy, PC are hereby appointed Interim Co-Lead Class Counsel for Plaintiffs, and Israel David of Israel David LLC is hereby appointed Interim Liaison Counsel;

5. All deadlines in the Related Cases are vacated; and

6. Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days of entry of this Order.

IT IS SO ORDERED.

Dated: February 19, 2026

_____
Hon. Andrew L. Carter
U.S. District Court Judge