**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDELL HUFF and BRITTANY GRIMSELEY, on behalf of themselves all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BETTERMENT, <br><br> Defendant. | **Case No.: 1:26-cv-00364-ALC** <br><br><br> **CONFERENCE ORDER** |
| JARED MCELWEE, <br><br> Plaintiff, <br><br> v. <br><br> BETTERMENT, LLC, <br><br> Defendant. | **Case No.: 1:26-cv-00393** |
| SAMUEL TSOU, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BETTERMENT, LLC and BETTERMENT HOLDINGS, INC., <br><br> Defendants. | **Case No.: 1:26-cv-00444** |

| | |
|---|---|
| SCOTT WEISCOPE, on behalf of himself all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERMENT, LLC and BETTERMENT HOLDINGS, INC.,<br><br>    Defendants. | **Case No.: 1:26-cv-00448** |
| DAVE GOEHST, on behalf of himself all others similarly situated,<br><br>    Plaintiff,<br><br>BETTERMENT, LLC and BETTERMENT HOLDINGS, INC.,<br><br>    Defendants. | **Case No.: 1:26-cv-00500** |
| STEVEN DALEY, on behalf of himself all other similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERMENT, LLC,<br><br>    Defendant. | **Case No.: 1:26-cv-01058** |
| MATTHEW HUFNUS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERMENT,  LLC<br><br>    Defendant. | **Case No.: 1:26-cv-01259** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to appear for an in-person status conference on March 3, 2026 at 1:00 PM ET. All Parties shall appear before the Court in Courtroom 444 at 40 Foley Square, 40 Centre Street, New York, NY 10007.

**SO ORDERED.**

Dated:  February 26, 2026

Hon. Andrew L. Carter
U.S. District Court Judge