**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDELL HUFF and BRITTANY GRIMSELEY, on behalf of themselves all others similarly situated, | **Case No.: 1:26-cv-00364-ALC** |
| Plaintiffs, | **ORDER** |
| v. | |
| BETTERMENT, | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons discussed at today's in-person status conference and pursuant to the Court's February 19, 2026 Order (Dkt. No. 9), Case Nos. 26-cv-1058 and 26-cv-1259 are hereby consolidated with the above-captioned matter. In addition, the Parties are **ORDERED** to file a joint status report by **Friday, March 6, 2026** regarding the Court's potential recusal from this matter.

**SO ORDERED.**

Dated: March 3, 2026

_____

Hon. Andrew L. Carter
U.S. District Court Judge