**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDELL HUFF and BRITTANY GRIMSELEY, on behalf of themselves all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BETTERMENT, <br><br> Defendant. | **Case No.: 1:26-cv-00364-ALC** <br><br><br> **CONFERENCE ORDER** |
| JARED MCELWEE, <br><br> Plaintiff, <br><br> v. <br><br> BETTERMENT, LLC, <br><br> Defendant. | **Case No.: 1:26-cv-00393** |
| SAMUEL TSOU, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BETTERMENT, LLC and BETTERMENT HOLDINGS, INC., <br><br> Defendants. | **Case No.: 1:26-cv-00444** |

| | |
|---|---|
| SCOTT WEISCOPE, on behalf of himself all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERMENT, LLC and BETTERMENT HOLDINGS, INC.,<br><br>    Defendants. | **Case No.: 1:26-cv-00448** |
| DAVE GOEHST, on behalf of himself all others similarly situated,<br><br>    Plaintiff,<br><br>BETTERMENT, LLC and BETTERMENT HOLDINGS, INC.,<br><br>    Defendants. | **Case No.: 1:26-cv-00500** |
| STEVEN DALEY, on behalf of himself all other similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERMENT, LLC,<br><br>    Defendant. | **Case No.: 1:26-cv-01058** |
| MATTHEW HUFNUS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERMENT,  LLC<br><br>    Defendant. | **Case No.: 1:26-cv-01259** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are **ORDERED** to appear for a telephonic status conference on **March 12, 2026** at **2:00 PM ET**. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated: March 10, 2026

Hon. Andrew L. Carter
U.S. District Court Judge