# IsraelDavidLLC

T 212.350.8850

W davidllc.com

60 Broad Street, Suite 2900
New York, NY 10004

April 12, 2026

**Via ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/24/26
```

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

Re:    ***In re Betterment Data Breach Litigation*, Lead Case No. 1:26-cv-00364-MKV**

Dear Judge Vyskocil:

We represent Plaintiffs in the above-referenced matter. We write jointly with Defendant to respectfully request an additional thirty (30) day extension of time for Plaintiffs to file a consolidated class action complaint, which would set the deadline on May 13, 2026. This is Plaintiffs' second and final request for an extension of time to file a consolidated class action complaint. Defendant consents to and supports this request. Plaintiffs' first request to extend the deadline from March 23, 2026 to April 13, 2026 remains pending. (*See* ECF 24.) The purpose of this request is that the parties are meeting and conferring on issues related to certain arbitration provisions and venue and the additional time will allow the parties to continue these discussions, which might potentially obviate the need for the filing of a consolidated class action complaint and/or any corresponding motion practice under Fed. R. Civ. P. 12. This requested extension would not affect any other deadlines in this matter.

Respectfully submitted,

*/s/ Israel David*
Israel David
ISRAEL DAVID LLC
60 Broad Street, Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

*Interim Liaison Class Counsel*

M. Anderson Berry
EMERY REDDY, PC
600 Stewart Street, Suite 1100
Seattle, Washington 98101
Telephone: (916) 823-6955
anderson@emeryreddy.com

*Interim Co-Lead Class Counsel*


Mariya Weekes
MILBERG, PLLC
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131
Telephone: (866) 252-0878
mweekes@milberg.com

*Interim Co-Lead Class Counsel*


Cc: All Counsel of Record (Via ECF)

---

The request for an extension of time to file a consolidated class action complaint is GRANTED.  All parties who have appeared at any point in any of the consolidated cases must appear for a status conference on May 12, 2026 at 11:00 a.m.  The conference will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

The Clerk of Court respectfully is requested to terminate ECF Nos. 24 and 26 and to spread this Order.


Date:  April 24, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge