USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Betterment Data Breach Litigation, | Case No. 1:26-cv-00364-ALC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Randell Huff, Brittany Grimseley, Jared McElwee, Samuel Tsou, Scott Weiscope Dave Goehst, Steven Daley, and Matthew Hufnus, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendants Betterment LLC and Betterment Holdings, Inc. without prejudice.

Dated: May 8, 2026

Respectfully submitted,

*/s/ Mariya Weekes*
Mariya Weekes (*Pro Hac Vice*)
**MILBERG PLLC**
333 SE 2nd Ave, Suite 2000
Miami, FL 33131
Tel: (786) 206-9057
mweekes@milberg.com

M. Anerson Berry, Esq. (pro hac vice forthcoming)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, Washington 98101
Telephone: (916) 823-6955
anderson@emeryreddy.com

*Interim Co-Lead Class Counsel for Plaintiffs*

Israel David
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

*Interim Liaison Counsel for Plaintiffs*

The Clerk of Court respectfully is requested to terminate member cases 26-cv-00393-MKV, 26-cv-00444-MKV, 26-cv-00448-MKV, 26-cv-00500-MKV, 26-cv-01058-MKV, and 26-cv-01259-MKV.

Date: May 11, 2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1